**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Crepe Du Jour, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2547597** |
| 4. | **Debtor's address** | **Principal place of business**<br>**20 South Main Street**<br>**Greenville, SC 29601**<br>Number, Street, City, State & ZIP Code<br><br>**Greenville**<br>County | **Mailing address, if different from principal place of business**<br>**208 Carshalton Drive**<br>**Lyman, SC 29365**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Crepe Du Jour, LLC** _____   Case number (*if known*) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check **all** that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   | | District | When | Case number |
   |---|---|---|---|
   | | _____ | _____ | _____ |
   | | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list

    ■ No
    ☐ Yes.

    | Debtor | _____ | Relationship | _____ |
    |---|---|---|---|
    | District | _____ | When _____ | Case number, if known _____ |

Debtor **Crepe Du Jour, LLC**     Case number (*if known*)
    Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Crepe Du Jour, LLC**     Case number (*if known*)
    Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 17, 2020**
MM / DD / YYYY

X **/s/ Anthony Wayne Burton**     **Anthony Wayne Burton**
Signature of authorized representative of debtor     Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ Robert H. Cooper DCID**     Date **April 17, 2020**
Signature of attorney for debtor     MM / DD / YYYY

**Robert H. Cooper DCID #5670**
Printed name

**The Cooper Law Firm**
Firm name

**150 Milestone Way, Ste B**
**Greenville, SC 29615**
Number, Street, City, State & ZIP Code

Contact phone **864-271-9911**     Email address **thecooperlawfirm@thecooperlawfirm.com**

**DCID #5670 SC**
Bar number and State

**United States Bankruptcy Court**
**District of South Carolina**

In re  **Crepe Du Jour, LLC**                                                                    Case No. _____
                                                    Debtor(s)                                    Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Anthony Wayne Burton**, declare under penalty of perjury that I am the **Member** of **Crepe Du Jour, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 13th day of April, 2020.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Anthony Wayne Burton, Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Anthony Wayne Burton, Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Anthony Wayne Burton, Member** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case."

Date  **4/13/20** _____                     Signed  _____
                                                              **Anthony Wayne Burton**

Resolution of Board of Directors
of
Crepe Du Jour, LLC

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Anthony Wayne Burton, Member of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that Anthony Wayne Burton, Member of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that Anthony Wayne Burton, Member of this Limited Liability Company is authorized and directed to employ Robert H. Cooper DCID #5670, attorney and the law firm of The Cooper Law Firm to represent the Limited Liability Company in such bankruptcy case.

Date 4-13-20          Signed _____
                              Anthony W. Burton

Date 4/13/20          Signed _____
                              Susan Medellin

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re **Crepe Du Jour, LLC**  
Debtor(s)

Case No.  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                        $ **5,000.00**  
   Prior to the filing of this statement I have received              $ **5,000.00**  
   Balance Due                                                        $ **0.00**

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, preparation and filing of reaffirmation agreements and applications as neededor any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 17, 2020**  
Date

**/s/ Robert H. Cooper DCID**  
**Robert H. Cooper DCID #5670**  
*Signature of Attorney*  
**The Cooper Law Firm**  
**150 Milestone Way, Ste B**  
**Greenville, SC 29615**  
**864-271-9911   Fax: 864-232-5236**  
**thecooperlawfirm@thecooperlawfirm.com**  
*Name of law firm*

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re  **Crepe Du Jour, LLC**                                             Case No.
                              Debtor(s)                                    Chapter    **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    **X**  electronic version filed via CM/ECF

Date:  **April 17, 2020**                    /s/ **Anthony Wayne Burton**
                                             **Anthony Wayne Burton**/**Member**
                                             Signer/Title

Date:  **April 17, 2020**                    /s/ **Robert H. Cooper DCID**
                                             Signature of Attorney
                                             **Robert H. Cooper DCID #5670**
                                             **The Cooper Law Firm**
                                             **150 Milestone Way, Ste B**
                                             **Greenville, SC 29615**
                                             **864-271-9911   Fax: 864-232-5236**
                                             Typed/Printed Name/Address/Telephone

                                             **DCID #5670 SC**
                                             District Court I.D. Number

```
20 SM-COMMERCIAL, LLC
C/O SPENCER HINES PROPERTY MANAGEMENT
101 FALLS PARK DRIVE, STE 103
GREENVILLE SC 29602


AMERIPRIDE SERVICES, INC.
PO BOX 1189
BEMIDJI MN 56619-1189


ANTHONY WAYNE BURTON
208 CARSHALTON DRIVE
LYMAN SC 29365


BB&T
 BOX 580340
CHARLOTTE NC 28258-0340


BERNIE ELLIS
BURR FORMAN MCNAIR
104 SOUTH MAIN ST, STE 700
GREENVILLE SC 29601


BILLY VELAZQUEZ
106 S. POPLAR AVENUE
LANDRUM SC 29356


CAPITAL ONE SPARK
PO BOX 71083
CHARLOTTE NC 28272-1083


CHARTER COMMUNICATIONS
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131


CHASE INC.
PO BOX 1423
CHARLOTTE NC 28201-1423


CITY OF GREENVILLE, HOSPITALITY
PO BOC 2207
4TH FLOOR
GREENVILLE SC 29601
```

```
COCA-COLA NORTH AMERICA
PO BOX 102703
ATLANTA GA 30368-2703


DEAN WALL
1976 OLD PLANK ROAD
SOPHIA NC 27350


DESTINATION TRAVEL NETWORK
8950 N. ORACLE ROAD
TUCSON AZ 85704


DUKE ENERGY
P.O. BOX 70515
CHARLOTTE NC 28272-0515


ELMORE GOLDSMITH PA
PO BOX 1887
GREENVILLE SC 29602


FRESHPOINT CHARLOTTE
1200 OAKLEY INDUSTRIAL BLVD., STE B
FAIRBURN GA 30213


GLENN HEAD
6 POINTE CIRCLE
GREENVILLE SC 29615


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


GREGORY PEST SOLUTIONS
PO BOX 6713
GREENVILLE SC 29606-6713


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


IRS MDP 39
1835 ASSEMBLY ST RM 469
COLUMBIA SC 29201
```

```
MAYRA GALLO
PO BOX 1404
GREENVILLE SC 29601


MELLOUL-BLAMEY CONSTRUCTION SC LTD
C/O ANDY MOSSER
543 LIVE OAK COURT
GREER SC 29651


PROGRESSIVE HOLDINGS LLC
12407 CURRENT DRIVE
CHARLOTTE NC 28278


PROGRESSIVE PROPERTY HOLDINGS
12407 CURRENT DRIVE
CHARLOTTE NC 28278


SC DEPARTMENT OF EMPLOYMENT & WORKFORCE
PO BOX 2644
COLUMBIA SC 29202


SC DEPT OF REV. & TAX
PO BOX 12265
COLUMBIA SC 29211


SPENCER HINES PROPERTY MANAGEMENT
101 FALLS PARK DRIVE, STE 103
GREENVILLE SC 29602


SUSAN MEDELLIN
12407 CURRENT DRIVE
CHARLOTTE NC 28278


TRIPADVISOR


UNITED COMMUNITY BANK
PO BOX 249
BLAIRSVILLE GA 30514


UNITED COMMUNITY BANK VISA
CARDMEMBER SERVICE
PO BOX 790408
SAINT LOUIS MO 63179-0408
```

```
US FOODS
800 FOOD SERVICE DRIVE
FORT MILL SC 29715


WILLIAM R. MCKIBBON III
601 E. MCBEE AVENUE, STE 204
GREENVILLE SC 29601
```